**No. 59086.**—Edwin Jay, Inc. *v.* United States, protest 188453–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

**No. 59087.**—Ascot, Ltd., et al. *v.* United States, protests 200171–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 59088.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 238848–K (New York).

Opinion by LAWRENCE, J. From an examination of the papers in this case, the court found nothing therein which tended in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.

**No. 59089.**—Alexander J. Tatti *v.* United States, protest 242012–K (New York).

Opinion by LAWRENCE, J. An examination of the papers in this case disclosing nothing which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

BEFORE THE THIRD DIVISION, MAY 19, 1955

**No. 59090.**—Bellmar Liquor Company et al. *v.* United States, protests 117515–K, etc. (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33. C. D. 1155) and *United States* v. *The Josebra*